**UNITED STATES BANKRUPTCY COURT**
**for the Western District of Virginia**
**Roanoke Division**

| | |
|---|---|
| **In re: Troy Leon Smith** | **CASE NO. 11–70329** |
| **Debtor(s)** | **CHAPTER 13** |

**ORDER DISMISSING CASE**

For the reasons set forth in the Notice or Motion, and for good cause shown, it is

O R D E R E D

that the above case(s) and all related <u>pending</u> motions and adversary proceedings arising therein, unless on appeal, be, and the same hereby are, dismissed without predjudice.

It is further

O R D E R E D

that upon the trustee filing a final report herein, the same shall be deemed approved without further ORDERS and the trustee and trustee's bond released and discharged from further liability herein unless proper objection is made to said final report within fourteen (14) days after filing of same or such extended time as may be granted upon proper application made within said fourteen (14) days period, and the estate be closed. <u>If the Discharge Order has been issued,</u>

<u>the same is recinded.</u>

If the case is a Chapter 13 case, it is further

O R D E R E D

that the employer, if heretofore ordered to do so, shall cease making deductions from debtor(s)' wages to be paid to the trustee.

Service of a copy of this Order shall be by mail to the debtor(s), attorney for the debtor(s), trustee, employer, if applicable, U.S. Trustee, and all parties on the current mailing matrix.

**Entered:** 6/10/11

/s/ Ross W. Krumm
ROSS W KRUMM, JUDGE

van02.jsp

```
                              United States Bankruptcy Court
                              Western District of Virginia

In re:                                                                  Case No. 11-70329-rwk
Troy Leon Smith                                                         Chapter 13
        Debtor              CERTIFICATE OF NOTICE
District/off: 0423-7         User: stonen               Page 1 of 2                  Date Rcvd: Jun 10, 2011
                             Form ID: van02             Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 12, 2011.
db         +Troy Leon Smith,    6139 Blacksburg Road,    Troutville, VA 24175-6191
3329803    +BACK BOWL I LLC,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
3313373    +Botetourt County,    P O Box 100,    Fincastle, VA 24090-0100
3295242    +Bp/cbsd,   Po Box 6497,    Sioux Falls, SD 57117-6497
3295244    +Chela,   Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
3362506    +Citibank South Dakota NA,    DBA,   4740 121st St,    Urbandale, IA 50323-2402
3339256    +City of Roanoke,    Office of Billings & Collections,    215 Church Ave SW Room 252,
             Roanoke, VA 24011-1519
3295247    +Cnh Capital America Ll,    233 Lake Ave,    Racine, WI 53403-1015
3295249    +First National Bank,    105 Arbor Dr,    Christiansburg, VA 24073-6589
3298846    +First National Bank of Omaha,    Cardmember Services,    1620 Dodge St,    Stop Code 3105,
             Omaha, NE 68197-0003
3295250    +Fnb Omaha,   Po Box 3412,    Omaha, NE 68103-0412
3295251    +Fnb Omaha,   P.o. Box 3412,    Omaha, NE 68197-0001
3325337    +Ford Motor Credit Company LLC,    c/o Carl A. Eason, Esquire,    Convergence Center IV,
             301 Bendix Road, Suite 500,    Virginia Beach, VA 23452-1388
3295253    +Freedom First Credit U,    5240 Valleypark Dr,    Roanoke, VA 24019-3002
3295254    +G M A C,   10800 Midlothian Tpke,    Richmond, VA 23235-4724
3295258    +Hsbc/ms,   Po Box 3425,    Buffalo, NY 14240-3425
3295260    +Member One Federal Cre,    202 4th Street,    Roanoke, VA 24016-2038
3317569     Southern Refrigeration Corporation,    c/o B. Webb King, Esq.,    Woods Rogers PLC,    PO Box 14125,
             Roanoke, VA 24038-4125
3295262    +Stellarone Bank,    105 Arbor Dr,    Christiansburg, VA 24073-6589
3337834    +TCP Properties, LLC,    c/o Tom Pope,    170 Stony Field Lane,    Lexington, VA 24450-3249
3295264    +Wf/wb Vabl,   Po Box 3117,    Winston Salem, NC 27102-3117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
3295240    +E-mail/Text: BANKRUPTCYDSM@DELAGELANDEN.COM Jun 10 2011 21:21:58     Agco Finance,
             P.o. Box 2000,    Johnston, IA 50131-0020
3315680     EDI: AIS.COM Jun 10 2011 21:13:00     American InfoSource LP as agent for,
             First Data Global Leasing,    PO Box 248838,    Oklahoma City, OK 73124-8838
3295241    +EDI: BANKAMER2.COM Jun 10 2011 21:13:00     Bk Of Amer,    Po Box 17054,
             Wilmington, DE 19850-7054
3295243     EDI: CAPITALONE.COM Jun 10 2011 21:13:00     Capital One, N.a.,    Bankruptcy Dept,    Po Box 5155,
             Norcross, GA 30091
3295245    +EDI: CITICORP.COM Jun 10 2011 21:13:00     Citgo Oil / Citibank,    Attn: Centralized Bankruptcy,
             Po Box 20432,    Kansas City, MO 64195-0432
3295246    +EDI: CITICORP.COM Jun 10 2011 21:13:00     Citibank Usa,
             Citicard Credit Srvs/Centralized Bankrup,    Po Box 20507,    Kansas City, MO 64195-0507
3295248    +EDI: RCSDELL.COM Jun 10 2011 21:13:00     Dell Financial Services,    Attn: Bankruptcy Dept.,
             Po Box 81577,    Austin, TX 78708-1577
3319476     EDI: FORD.COM Jun 10 2011 21:13:00     Ford Motor Credit Company LLC,    Dept 55953,
             P O Box 55000,    Detroit MI 48255-0953
3295252     EDI: FORD.COM Jun 10 2011 21:13:00     Ford Motor Credit Corporation,
             National Bankruptcy Service Center,    Po Box 537901,    Livonia, MI 48153
3319475    +EDI: FORD.COM Jun 10 2011 21:13:00     Ford Motor Credit Company LLC,    P O Box 6275,
             Dearborn, MI 48121-6275
3295255    +EDI: RMSC.COM Jun 10 2011 21:13:00     GEMB / HH Gregg,    Attention: Bankruptcy,    Po Box 103106,
             Roswell, GA 30076-9106
3295256    +EDI: RMSC.COM Jun 10 2011 21:13:00     Gemb/country Home Prod,    Po Box 981439,
             El Paso, TX 79998-1439
3295257    +EDI: RMSC.COM Jun 10 2011 21:13:00     Gemb/lowes Dc,    Po Box 981400,    El Paso, TX 79998-1400
3303612    +EDI: HFC.COM Jun 10 2011 21:13:00     HSBC MORTGAGE SERVICING, INC.,    POST OFFICE BOX 21188,
             EAGAN,MINNESOTA 55121-0188
3303431    +EDI: HFC.COM Jun 10 2011 21:13:00     HSBC Mortgage Services Inc,    PO Box 21188,
             Eagan, MN 55121-0188
3335194    +EDI: HFC.COM Jun 10 2011 21:13:00     HSBC Mortgage Services, Inc.,    636 Grand Regency Blvd.,
             Brandon, FL 33510-3942
3295259    +EDI: HFC.COM Jun 10 2011 21:13:00     Hsbc/ofmax,    Po Box 15221,    Wilmington, DE 19850-5221
3318745    +EDI: IRS.COM Jun 10 2011 21:13:00     Internal Revenue Service,    P O Box 7346,
             Philadelphia PA 19101-7346
3295261    +EDI: RMSC.COM Jun 10 2011 21:13:00     Pearle/gemb,    Po Box 981439,    El Paso, TX 79998-1439
3315944    +EDI: STF1.COM Jun 10 2011 21:13:00     SunTrust Bank,    Attn: Support Services,    PO Box 85092,
             Richmond, VA 23285-5092
3295263    +EDI: STF1.COM Jun 10 2011 21:13:00     Suntrust Bank,    Po Box 85052,    Richmond, VA 23285-5052
                                                                                               TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Ford Motor Credit Company LLC
cr          Internal Revenue Service
```

```
District/off: 0423-7           User: stonen              Page 2 of 2               Date Rcvd: Jun 10, 2011
                               Form ID: van02            Total Noticed: 42

cr*          +HSBC MORTGAGE SERVICES, INC.,    636 Grand Regency Boulevard,    Brandon, FL 33510-3942
cr*          +HSBC Mortgage Services,    PO Box 21188,    Eagan, MN 55121-0188
3298110*      AGCO Finance LLC,    PO Box 2000,    Johnston IA 50131-0020
                                                                                             TOTALS: 2, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 12, 2011**                              **Signature:**            _Joseph Speetjens_