UNITED STATES BANKRUPTCY COURT
                  FOR THE WESTERN DISTRICT OF VIRGINIA
                              ROANOKE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| TROY LEON SMITH | ) | BANKRUPTCY CASE NO.: |
| | ) | |
| | ) | 11-70329-RKR-13 |
| DEBTORS | ) | |
| | ) | |

**MOTION TO VACATE ORDER OF DISMISSAL AND REINSTATE CASE**

TO THE HONORABLE ROSS W. KRUMM, UNITED STATES BANKRUPTCY COURT JUDGE

    COMES NOW your Debtor, Troy Leon Smith by counsel, and would move this Court for an Order vacating its order of Dismissal, dated June 10, 2011, and in support thereof would state as follows:

1. Debtor's case was dismiss on the grounds due to unfile tax returns

2. On information and belief, the Debtor's tax returns will be prepared and available to debtor by July 13, 2011.

    WHEREFORE, the Debtor, respectfully request that this Court enter and Order vacating the order of dismissal and reinstating the automatic stay.

                                                            Respectfully Submitted,

                                                             Troy Leon Smith

Michael D. Hart                                         /s/ Michael D. Hart
Law Office of Michael D. Hart, P.C.
P.O. Box 622
Roanoke, VA 24004-0622
(540) 342-9736      fax (540) 345-8737

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| TROY LEON SMITH | ) | BANKRUPTCY CASE NO.: |
| | ) | |
| | ) | 11-70329-RKR-13 |
| DEBTOR(S) | ) | |
| | ) | |

## NOTICE OF HEARING

PLEASE BE ADVISED that a hearing has been scheduled on the enclosed Debtors' Motion to Vacate Order of Dismissal and Reinstate Case on **July 13, 2011, at 11:00am**, before the United States Bankruptcy Court for the Western District of Virginia, located in Old Federal Building, Room 212, 2nd, Floor, Corner of 2nd, Church Avenue, Roanoke, Virginia.

Absent response, filed in writing with the Clerk and counsel for the Debtors, withing twenty (20) days of the date of this Notice, Movant shall submit for entry a default order, which shall be entered without further notice or hearing.

                                        Respectfully submitted,
                                        Troy Leon Smith


                                        /s/Michael D. Hart
                                        Of Counsel

Michael D. Hart
Law Office of Michael D. Hart, P.C.
305 First St., Suite 500
P.O. Box 622
Roanoke, VA 24004-0622
(540) 342-9736    fax (540) 342-7655

## Certificate of Service

I, Michael D. Hart, certify that I mailed a true copy of the foregoing Notice and Motion to Vacate Order to; The Honorable Ross W. Krumm, Judge, U.S. Bankruptcy Court, at P.O. Box 191, Harrisonburg, VA 22803; Trustee, Rebecca B. Connelly, (via electronic filing), and to Mr. Troy Leon Smith, at 6139 Blacksburg Road, Troutville, VA. 24175, and to all creditors, on this June 23rd, 2011.

/s/ Michael D. Hart
Michael D. Hart